Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JOHN KEATLEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEATLEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>HACKERX, INC dba WOMENHACK,<br><br>        Defendant. | **Case Number:** 3:21-cv-07873<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff John Keatley by and through his undersigned counsel, hereby brings this Complaint against Defendant HACKERX, INC dba WOMENHACK for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.    Plaintiff JOHN KEATLEY ("Keatley") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Keatley's original copyrighted works of authorship.

COMPLAINT FOR COPYRIGHT INFRINGEMENT
PAGE NO. 1 OF 6

CASE NO.: 3:21-CV-07873

SRIPLAW

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

2.      Based in Seattle, Washington, Keatley often self-characterizes his work as a reflection of himself, rathar than the individual he is photographing. His clients include BECU, Seattle Humane, SFMOMA and Hotels.com. Keatley capitalizes on the correlation between humor and emotions, including anxiety, fear and isolation, to create dichotomy in his work.

3.      Keatley's work has been exhibited by the Lucie Foundation in Los Angeles, Treason Gallery in Seattle, and Annenberg Space for Photography in Los Angeles, California..

4.      Defendant HACKERX, INC dba WOMENHACK ("Womenhack") is a company which seeks to connect employers to employees in the technology and video game development industries. At all times relevant herein, Womenhack is the owner and operator of the website URL https://womenhack.com/ (the "Website").

5.      Keatley alleges that Womenhack copied Keatley's copyrighted work from the internet in order to advertise, market and promote its business activities. Womenhack committed the violations alleged in connection with Womenhack's business for purposes of advertising and promoting sales to the public in the course and scope of Womenhack's business.

## JURISDICTION AND VENUE

6.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.      Womenhack is subject to personal jurisdiction in California.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

### DEFENDANT

10.     HackerX, Inc dba WomenHack d/b/a WomenHack is a California Corporation with its principal place of business at 333 Bryant St., #360, San Francisco, CA 94107, and can be served by serving its Registered Agent, Business Filings Incorporated, 108 West 13th Street, Wilmington, DE 19801.

### THE COPYRIGHTED WORK AT ISSUE

11.     In 2011, Keatley created a photograph entitled "John_Keatley_John_Vechey", which is shown below and referred to herein as the "Work."



12. Keatley registered the Work with the Register of Copyrights on June 6, 2017 and was assigned the registration number VA 2-053-420. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Keatley was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANT

14. Womenhack has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Womenhack copied the Work.

16. Womenhack copied Keatley's copyrighted Work without Keatley's permission.

17. After Womenhack copied the Work it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its review and ratings system for prospective employer and game development company POPCAP GAMES.

18. Womenhack copied and distributed Keatley's copyrighted Work in connection with Womenhack's business for purposes of advertising and promoting Womenhack's business, and in the course and scope of advertising and selling products and services.

19. Keatley's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

20. Womenhack committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

21.     Keatley never gave Womenhack permission or authority to copy, distribute or display the Work at issue in this case.

22.     Keatley notified Womenhack of the allegations set forth herein on June 8, 2020 and August 19, 2020. To date, Womenhack has failed to respond to Keatley's Notices.

## COUNT I
## COPYRIGHT INFRINGEMENT

23.     Keatley incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.     Keatley owns a valid copyright in the Work at issue in this case.

25.     Keatley registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.     Womenhack copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Keatley's authorization in violation of 17 U.S.C. § 501.

27.     Womenhack performed the acts alleged in the course and scope of its business activities.

28.     Womenhack's acts were willful.

29.     Keatley has been damaged.

30.     The harm caused to Keatley has been irreparable.

WHEREFORE, Plaintiff prays for judgment against the Defendant HackerX, Inc dba WomenHack that:

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: October 7, 2021                    Respectfully submitted,


                                          */s/ Jonah A. Grossbardt*
                                          JONAH A. GROSSBARDT
                                          MATTHEW L. ROLLIN
                                          **SRIPLAW**
                                          *Attorneys for Plaintiff John Keatley*

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK