AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| John Keatley *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 5:21-cv-07873-SVK |
| HackerX, Inc dba WomenHack *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HackerX, Inc dba WomenHack
c/o Registered Agent
Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonah A. Grossbardt
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211
323.364.6565 - Telephone
jonah.grossbardt@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 10/7/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-07873-SVK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HackerX, Inc. dba WomenHack
was received by me on *(date)* October 20, 2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On Thursday, October 21, 2021 at 1:39 P.M. I served the Summons and Complaint upon Phoebe Omolo of Business Filings Incorporated located at 108 West 13th Street, Wilmington, Delaware 19801 - as registered agent for defendant HackerX, Inc. dba WomenHack

My fees are $ 0.00 for travel and $ 62.20 for services, for a total of $ 62.20 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: October 21, 2021

_____
*Server's signature*

Jeffrey L. Butler - process server
*Printed name and title*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
(302) 478-2693 - telephone

*Server's address*

Additional information regarding attempted service, etc: