Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JOHN KEATLEY

J. Curtis Edmondson (CSB 236105)
Edmondson IP Law
15490 NW Oak Hills Dr
Beaverton OR 97006
503-336-3749/ FAX: 503-482-7418
jcedmondson@edmolaw.com
*Attorney for Defendant*
HackerX, Inc. dba Womenhack

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN KEATLEY, | Case No.: 5:21-cv-07873-EJD |
| Plaintiff, | **JOINT STIPULATION TO VACATE ENTRY OF DEFAULT AND TO ANSWER WITHIN 14 DAYS** |
| vs. | |
| HACKERX, INC DBA WOMENHACK, | **Honorable Edward J. Davila** |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff JOHN KEATLEY ("Keatley" or "Plaintiff"), by and through his attorneys, hereby stipulates with Defendant HACKERX,

SRIPLAW  CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

INC. dba WOMENHACK ("HackerX" or "Defendant") for an entry of an Order to vacate the entry of default judgment.

HackerX will file an answer within 14 days of entry of this Order.

This stipulation is done so that this matter may be heard on the merits.

The filing attorney certifies that agreement has been obtained regarding the filing of this document from each of the other signatories to this document and each signatory has authorized the filing.

IT IS SO STIPULATED.

DATED: June 7, 2022

| /s/ Jonah A. Grossbardt | /s/ J. Curtis Edmondson |
|---|---|
| JONAH A. GROSSBARDT | J. Curtis Edmondson |
| MATTHEW L. ROLLIN | Edmondson IP Law |
| **SRIPLAW** | Attorneys for Defendant |
| Attorneys for Plaintiff | |