Exhibit A - Archive.org Website Captured on 2/8/2011

