1  J. Curtis Edmondson, CSB No. 236105
   Law Offices of J. Curtis Edmondson
2  15490 NW Oak Hills Drive
   Beaverton OR 97006
3  Telephone: (503) 336-3749
   Email: jcedmondson@edmolaw.com
4
   Attorney for Defendant
5  HACKERX, INC dba WOMENHACK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KEATLEY,<br><br>Plaintiff,<br><br>vs.<br><br>HACKERX, INC dba WOMENHACK.,<br><br>Defendant | **Case No. 5:21-cv-07873-EJD**<br><br>DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>**LR 3-15(a)(1)**<br><br>**Hon. James Donato** |

Defendant HACKERX, INC dba WOMENHACK, ("HackerX" or "Womenhack") hereby certifies as follows:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: William Hsu and Dominic Aguirre have a financial interest in the subject matter of the litigation and would be affected by the outcome of the litigation as a judgment may, or may not, increase, and/or decrease, the value of HackerX as shareholders.

Respectfully submitted,

Dated: June 20, 2022

/s/ J. Curtis Edmondson
J. Curtis Edmondson
Law Offices of J. Curtis Edmondson
15490 NW Oak Hills Dr
Beaverton OR 97006
(503)336-3749
jcedmondson@edmolaw.com

Attorney for HackerX, Inc.