Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JOHN KEATLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN KEATLEY,<br><br>Plaintiff,<br><br>v.<br><br>HACKERX, INC DBA WOMENHACK,<br><br>Defendant. | Case No.: 5:21-cv-07873-EJD<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM**<br><br>The Honorable Edward J. Davila |

Plaintiff JOHN KEATLEY ("Keatley"), by and through his undersigned attorneys, hereby submits his Answer to Defendant's Counterclaim as follows:

### DEFENDANT'S COUNTERCLAIM
### SUMMARY OF THE COUNTERCLAIM

36. Keatley contends that no response is required for Paragraph 36; however, if there is, Keatley denies all allegations contained in Paragraph 36.

37. Denied.

1

38. Denied.

39. Denied.

## JURISDICTION AND VENUE OF THE COUNTERCLAIM

40. Keatley admits the allegations contained in Paragraph 40 as it relates to jurisdiction. Keatley denies all remaining allegations contained in Paragraph 40.

41. Keatley admits the allegations contained in Paragraph 41 as it relates to jurisdiction. Keatley denies all remaining allegations contained in Paragraph 41.

## THE COPYRIGHT REGISTRATION AT ISSUE

42. Denied.

43. Keatley states that the document referenced in Paragraph 43 speaks for itself. Keatley denies any remaining allegations contained in Paragraph 43.

44. Denied.

45. Keatley admits that Joe Naylor is the CEO of ImageRights International, Inc.; however denies all remaining allegations contained in Paragraph 45.

46. Keatley is without knowledge to either admit or deny the allegations contained in Paragraph 46 and therefore denies same.

47. Denied.

48. Denied.

## COUNT I – INVALIDITY OF REGISTRATION CERTIFICATE
## GROUP REGISTGRATION VA 2-053-420

49. Denied.

50. Denied.

51. Denied.

## DEFENDANT'S PRAYER FOR RELIEF

To the extent that a response is required for Defendant's Prayer for Relief, Keatley denies that any relief should be granted to Defendant.

DATED: July 11, 2022                                   Respectfully submitted,

/s/ *Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
Attorneys for Plaintiff John Keatley