Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

*Attorneys for Plaintiff*
JOHN KEATLEY

J. Curtis Edmondson (SBN 236106)
**EDMONDSON IP LAW**
15490 NW Oak Hills Drive
Beaverton, OR 97006
(503) 336-3749 - Telephone
(503) 482-7418 - Facsimile
jcedmondson@edmolaw.com

*Attorneys for Defendant*
HackerX, Inc dba WomenHack

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOHN KEATLEY,

      Plaintiff,

  vs.

HACKERX, INC DBA WOMENHACK,

      Defendant.

Case No.:  5:21-cv-07873-EJD

**JOINT RULE 26(f) REPORT**

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the *Standing Order for All Judges of the Northern District of California* and Civil Local Rule 16-9.

1.  Jurisdiction & Service

This is an action arising under the Copyright Act, 17 U.S.C. § 501. This court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a). HackerX, Inc. dba Womenhack ("HackerX") is subject to personal jurisdiction in California because it is a California Corporation with its principal place of business in San Francisco, California. Venue is proper in this district under 28 U.S.C. §§ 1391(b)-(c) and 1400(a) because the events giving rise to the claims occurred in this district.

On June 7, 2022, Parties stipulated to vacate the Motion for Final Default filed on March 9, 2022. (ECF 19). HackerX answered the complaint on June 20, 2022. (ECF 22).

2. Facts

**A. Plaintiff:**

Based in Seattle, Washington, John Keatley ("Keatley") often self-characterizes his work as a reflection of himself, rathar than the individual he is photographing. His clients include BECU, Seattle Humane, SFMOMA and Hotels.com. Keatley capitalizes on the correlation between humor and emotions, including anxiety, fear and isolation, to create dichotomy in his work. Keatley's work has been exhibited by the Lucie Foundation in Los Angeles, Treason Gallery in Seattle, and Annenberg Space for Photography in Los Angeles, California.

In 2011, Keatley created the photograph entitled "John_Keatley_John_Vechey" (the "Work"). On June 6, 2017, Keatley registered the Work with the Register of Copyrights and was assigned the registation number VA 2-053-420.

Keatley alleges that HackerX copied Keatley's copyrighted work from the internet in order to advertise, market and promite its business activities. HackerX committed the violations alleged in connection with HackerX's business for the purpose of advertising and promoting sales to the public in the course and scope of HackerX's business.

**B. Defendant:**

HackerX is in the business of providing gatherings where coders can meet to discuss employment opportunities. HackerX and its related company, WomenHack serve the business community by connecting employees with employers.

HackerX maintains a website. Part of the website is an area where third parties can make comments and upload materials. A third party uploaded the materials. When HackerX was given notice of Keatley's claim, the image was removed.

3.  Legal Issues

    **A.  Plaintiff:**

    Keatley contends and HackerX used his copyrighted work without his permission. Keatley never gave HackerX permission or authority to copy, distribute, or display the Work at issue in this case. Keatley alleges that HackerX has committed copyright infringement in violation of 17 U.S.C. § 501.

    **B.  Defendant:**

    To the extent that HackerX is an infringer, there is no real damage and HackerX removed the offending material. Since Keatley's application was filed more than five years after publication, the contents of Keatley's certification of registration is not given a presumption of validity.

4.  Motions

    **A.  Plaintiff:**

    There are no motions currently pending. Keatley anticipates filing a motion for summary judgment at the completion of discovery.

    **B.  Defendant:**

    Defendant concurs that the bulk of the case will be resolved on MSJ, but the issue of damages will be jury triable.

5.  Amendment of Pleadings

    **A.  Plaintiff:**

    At this time, Keatley does not anticipate needing to amend the pleadings. However, through the course of discovery, Keatley may need to add additional parties to the matter.

    **B.  Defendant:**

    At this time, HackerX does not anticipate needing to amend the pleadings.

6. Evidence Preservation

Parties have received the Guidelines Relating to the Discovery of Electronically Store Information (ESI Guidelines) and will meet and conferred pursuant to Fed. R. Civ. P. 26(f) regarding ESI by August 1, 2022.

7. Disclosures

Parties will complete Rule 26 Initial Disclosures on or before August 17, 2022.

8. Discovery

The parties do not think there need to be any changes in the disclosures under R. 26(a). The parties concur that discovery will be necessary on Keatley's claims, Defendant's denial of Keatley's claims, and Defendant's affirmative defenses, including the issue of damages. The parties do not think that discovery needs to be taken in phases or otherwise be limited. The parties have not taken discovery at this time. The parties do not think that any discovery limitations should be changed or other limitations imposed or that the Court should enter other orders.

The parties expect to conduct discovery and disclosure of documents, electronic files, and artwork that may be stored in digital format. However, at this time, the parties do not believe that complex or specialized electronic discovery methods or tools (such as "data mining" techniques) will be required in order to carry out discovery of electronically stored documents contemplated by the parties.

9. Class Actions

This is not a class action matter.

10. Related Cases

There are no related cases.

11. Relief

**A. Plaintiff:**

Keatley is seeking HackerX be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504; attorneys' fees and costs of suit under the

applicable statutes sued upon; pre- and post-judgment interest; HackerX and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501; and any other relief as the Court deems just and proper.

**B. Defendant:**

Defendant will seek facts surrounding the registration to determine if the registration is valid and if the rights have been assigned to a third party.

12.  Settlement and ADR

**A. Plaintiff:**

The parties have engaged in settlement discussions, but have not been able to settle the matter. Keatley requests a settlement conference with a magistrate judge.

**B. Defendant:**

HackerX consents to a settlement conference before the Magistrate and suggests an early conference would be productive**.**

13.  Consent to Magistrate Judge For All Purposes

*Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.* ____ YES   __X__ NO

14.  Other References

Parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.  Narrowing of Issues

Parties do not believe that there are issues that can be narrowed.

16.  Expedited Trial Procedure

Parties do not believe that this case can be handled under Expedited Trial Procedure.

17.  Scheduling

| Matter | Plaintiff's Request | Defendant's Request |
|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | October 10, 2022 | October 10, 2022 |

| Matter | Plaintiff's Request | Defendant's Request |
|---|---|---|
| Fact Discovery Cut-Off and last day to respond to written discovery and depositions. | February 20, 2023 | February 20, 2023 |
| Last Day to Serve Initial Expert Reports | February 13, 2023 | February 13, 2023 |
| Last Day to Serve Rebuttal Expert Reports | March 20, 2023 | March 20, 2023 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | May 8, 2023 | May 8, 2023 |
| Last Day to Conduct Settlement Proceedings | May 8, 2023 | May 8, 2023 |
| Expert Discovery Cut-Off | May 22, 2023 | May 22, 2023 |
| Last Day to File *Daubert* Motions | June 26, 2023 | June 26, 2023 |
| Last Day to File Motions in Limine (other than *Daubert* Motions) | July 10, 2023 | July 10, 2023 |
| Final Pre-Trial Conference (Thursdays) | August 10, 2023 | August 10, 2023 |
| Trial (Jury Trial) (Tuesdays) | August 29, 2023 | August 29, 2023 |

18. Trial

Jury Trial – Estimated 3-5 days.

19. Disclosure of Non-party Interested Entities or Persons

**A. Plaintiff:**

Plaintiff has filed the Certification of Interested Entities or Persons as required by Civil Local Rule 3-16. There are no other known parties or entities that have a financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

**B. Defendant:**

Defendant will file the Certification of Interested Entities or Persons as required by Civil Local Rule 3-1 by August 1, 2022.

20.  Professional Conduct

Parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21.  Other

Parties do not believe there are other matters that may facilitate the just, speedy, and inexpensive disposition of this matter.

DATED:  August 1, 2022

/s/ Jonah A. Grossbardt                                  /s/ J.Curtis Edmondson

JONAH A. GROSSBARDT                          J. CURTIS EDMONDSON
MATTHEW L. ROLLIN                              **EDMONDSON IP LAW**
**SRIPLAW**                                             *Attorneys for Defendant*
Attorneys for Plaintiff Joe Myeress            HackerX, Inc. dba Womenhack

CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

 Dated:

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE